| | |
|---|---|
| Walter Steila (SBN 148215)<br>SHOOK, HARDY & BACON L.L.P.<br>333 Bush Street, Suite 600<br>San Francisco, California 94104-2828<br>Telephone: 415.544.1900<br>Facsimile: 415.391.0281 | Etan E. Rosen (SBN 173728)<br>BEYER, PONGRATZ & ROSEN<br>3230 Ramos Circle<br>Sacramento, California 95827<br>Telephone: 916 369-9750<br>Facsimile: 916 369-9760 |

Attorneys for Plaintiff
SAUL A. MEJIA

Mark C. Tatum, (MO Bar 50082)
(admitted *pro hac vice*)
William C. Martucci (MO Bar 28237)
(admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

Attorneys for Defendant
FOOT LOCKER RETAIL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO

| | |
|---|---|
| SAUL A. MEJIA,<br><br>Plaintiff,<br><br>v.<br><br>FOOT LOCKER RETAIL, INC. and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:05-cv-00401 FCD DAD<br><br>**ORDER GRANTING EXTENSION OF EXPERT DISCLOSURES**<br><br>Complaint filed: January 25, 2005<br>Trial date: November 28, 2006 |

Upon stipulated motion by the parties, the Court hereby amends the scheduling order as to disclosure of expert and Orders that Plaintiff must disclose his experts by February 28, 2006 and Defendant must disclose its experts by April 2, 2006.

IT IS SO ORDERED.

Dated: January 27, 2006                    /s/Frank C. Damrell, Jr.
                                            District Judge

Case No. 05-00401 FCD DAD