UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SAUL A. MEJIA,<br><br>    Plaintiff,<br><br>  v.<br><br>FOOT LOCKER RETAIL, INC.,<br><br>    Defendant.<br>_____/ | NO. CIV. S-05-0401 FCD/DAD<br><br><u>REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM</u> |

----oo0oo----

    Pursuant to the stipulation of the parties filed, February 2, 2006 and Local Rule 16-271, this case is referred to the Voluntary Dispute Resolution Program.

DATED: February 3, 2006

/s/ Frank C. Damrell Jr.<br>
FRANK C. DAMRELL, Jr.<br>
UNITED STATES DISTRICT JUDGE