UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAUL A. MEJIA,

        Plaintiff(s),

  v.

FOOT LOCKER RETAIL INC.,

        Defendant(s).
_____/

NO. CIV. S-05-0401FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the plaintiff in the above action the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 24, 2006. All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: June 7, 2006

                        /s/ Frank C. Damrell Jr.
                        FRANK C. DAMRELL, JR.
                        United States District Judge