**Etan E. Rosen, Esq. (SBN 173728)**
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750-telephone
(916) 369-9760-facsimile

Attorney for Plaintiff
SAUL A. MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL A. MEJIA,<br><br>    Plaintiff,<br><br>v.<br><br>FOOT LOCKER RETAIL, INC.,<br>and DOES 1 through 25, inclusive.<br><br>    Defendants. | Case No: 2:05-cv-00401 FCD DAD<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

        IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

                                                BEYER, PONGRATZ AND ROSEN


Date:   June 30, 2006            By: /s/ Etan E. Rosen
                                     Attorney for Plaintiff


                                                SHOOK HARDY & BACON


Date: June 30, 2006              By:  /s/ Mark C. Tatum
                                     Attorney for Defendants

---
**STIPULATION OF DISMISSAL AND PROPOSED ORDER**

1  **<u>ORDER</u>**

2  IT IS SO ORDERED.

3  Date: July 5, 2006

4

5                  /s/ Frank C. Damrell Jr.
                Honorable Frank C. Damrell, Jr.
                United States Eastern District Court

2

**STIPULATION OF DISMISSAL AND PROPOSED ORDER**